No. 99–6019.  PATTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6021.  PERELMAN v. RENO, ATTORNEY GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6024.  MOHLER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–6025.  MOORE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–6026.  JACKSON v. SACCHET, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6029.  JONES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–6031.  JACKSON v. MCMANAMON ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 99–6032.  MARCELLO v. TOWN OF STETSON, MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–6036.  SANTA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–6043.  ALLEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6045.  KELLY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–6046.  MILBURN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–6050.  WASHINGTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6056.  COOK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6057.  GARCIA v. MCCAUGHTRY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 99–6061.  GOMEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.